```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0155--CR (HRH)
                          "USA V. JAMES H. PRIMM"
                          DEF 1.1 PRIMM, JAMES H.

     In public format, including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 10/20/99
            Closed: 04/10/00
No. of Defendants: 1
    MJ Case Number:
               AKA:
   Location status: U.S. Custody
        Trial date:
        Terminated: YES
Needs interpreter: NO
 Counsel of record: Kevin F. McCoy
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Other


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephan A. Collins
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-1500
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 PRIMM, JAMES H.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:856(a)(1) MAINTAINING A PLACE FOR THE DISTRIBUTION OF CONTROLLED SUBSTANCES (F) | Dismissed (34-1) |
| 1 - 1 IND | 2 | 21:841(a)(1) DISTRIBUTION OF A CONTROLLED SUBSTANCE (F) | Sentenced (34-1) |
| 1 - 1 IND | 3 | 21:841(a)(1) DISTRIBUTION OF A CONTROLLED SUBSTANCE (F) | Dismissed (34-1) |
| 1 - 1 IND | 4 | 21:841(a)(1) DISTRIBUTION OF A CONTROLLED SUBSTANCE (F) | Dismissed (34-1) |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0155--CR (HRH)
                            "USA V JAMES H. PRIMM"
                            DEF 1.1 PRIMM, JAMES H.

     In public format, including terminated defendants, excluding terminated counsel


  1 -   1 IND    5     21:841(a)(1) DISTRIBUTION OF A CONTROLLED        Sentenced
                       SUBSTANCE (F)                                    (34-1)

  1 -   1 IND    6     21:841(a)(1) DISTRIBUTION OF A CONTROLLED        Dismissed
                       SUBSTANCE (F)                                    (34-1)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A99-0155--CR (HRH)
                              "USA V JAMES H. PRIMM"

                         In public format, for all filing dates
```

```
 Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
           Filed: 10/20/99
          Closed: 04/10/00
No. of Defendants: 1
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 10/20/99 | [Re: DEF 1] PLF 1 Indictment. |
| NOTE - | 1 | 10/21/99 | [Re: DEF 1] Issued WOA. |
| 2 - | 1 | 10/21/99 | [Re: DEF 1] AHB Grand Jury Minutes Re Indt secret; WOA to be issued; no bail set. |
| NOTE - | 2 | 10/29/99 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 10/28/99. |
| NOTE - | 3 | 11/01/99 | Issued: Speedy Trial Notice to Judge Holland. cc: Helen Gill |
| 3 - | 1 | 11/01/99 | [Re: DEF 1] JDR Court Minutes [ECR: Bonnie Boyer] re Arr on Indt (held 10/29/99); Mike Taggart appointed; def pled not guilty; def detained; det hrg set for 11/3/99 at 9:30 a.m.; PTM's due 11/12/99. cc: USA, FPD, USM, USM, Judge Holland |
| 4 - | 1 | 11/01/99 | [Re: DEF 1] Financial Affidavit. |
| 5 - | 1 | 11/01/99 | [Re: DEF 1] JDR Order of Detention Pending Hearing set for 11/3/99 at 9:30 a.m. cc: USA, FPD, USM, USPO |
| 6 - | 1 | 11/01/99 | [Re: DEF 1] JDR Order regarding preparation for trial re PTM's due 11/12/99; cnsl to meet & confer by 11/3/99. cc: USA, FPD |
| 7 - | 1 | 11/01/99 | [Re: DEF 1] Return of WOA executed 10/28/99. |
| 8 - | 1 | 11/03/99 | [Re: DEF 1] JDR Minute Order re det hrg set for 11/3/99 is RESET for 11/5/99 at 9:30 a.m. cc: USA, FPD, USM, USPO |
| 9 - | 1 | 11/03/99 | [Re: DEF 1] HRH Minute Order setting TBJ for 11/29/99 at 3:00 p.m. cc: USA, FPD, USM, PO, JC, MJ Roberts |
| 10 - | 1 | 11/04/99 | DEF 1 motion to vacate detention hearing set for 11/05/99. |
| 10 - | 2 | 11/04/99 | DEF 1 motion for shortened time re: 10-1. |
| 11 - | 1 | 11/04/99 | [Re: DEF 1] JDR Order granting motion to vacate detention hearing set for 11/05/99 (10-1), motion for shortened time re: 10-1 (10-2). cc: USA, FPD, USM, USPO |
| 12 - | 1 | 11/05/99 | [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM, USPO |
| 13 - | 1 | 11/12/99 | DEF 1 Unopposed Motion for enlargement of time for filing pretrial mots until 11/17/99. |
| 13 - | 2 | 11/12/99 | DEF 1 Unopposed Motion for shortened time re: 13-1. |
| 14 - | 1 | 11/12/99 | DEF 1 motion for disclosure of confidential information. |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A99-0155--CR (HRH)
                                "USA V JAMES H. PRIMM"

                          In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 11/15/99 | [Re: DEF 1] PLF 1 discovery conference certificate. |
| 16 - 1 | 11/16/99 | [Re: DEF 1] JDR Order re disclosure of informant & notice for in camera hrg (re #14); govt to submit a response due 11/19/99; in-camera hrg w/USA set for 11/23/99 at 10:30 a.m. cc: S. Collins |
| 17 - 1 | 11/16/99 | [Re: DEF 1] JDR Order grant unopposed motion o shortened time; grant unopposed motion for enlargement of time for PTM's deadline till 11/17/99/. cc: USA, FPD |
| 18 - 1 | 11/17/99 | {SEALED} |
| 19 - 1 | 11/17/99 | [Re: DEF 1] HRH Minute Order setting hearing on #18 for 11/24/99 at 2:45. cc: USA, FPD, USM, PTS, MJ Roberts |
| 20 - 1 | 11/19/99 | [Re: DEF 1] PLF 1 Response to Order re: disclosure of informant identity. |
| 21 - 1 | 11/22/99 | [Re: DEF 1] JDR Minute Order denying motion for disclosure of confidential information (14-1); In-camera hrg set for 11/23/99 is hereby VACATED. cc: USA, FPD |
| 22 - 1 | 11/26/99 | {SEALED} |
| 23 - 1 | 12/29/99 | DEF 1 Notice of Intent to change plea. |
| 24 - 1 | 12/29/99 | [Re: DEF 1] HRH Minute Order resetting TBJ for PCOP on 1/4/00 at 8:30. cc: USA, FPD, USM, PTS, JC, MJ Roberts |
| 25 - 1 | 12/29/99 | {SEALED} |
| 26 - 1 | 01/04/00 | [Re: DEF 1] HRH Court Minutes [ECR: Bonnie Boyer] of PCOP (held 1/4/00); def changed plea to guilty re: Cts 2 and 5; IOS set 3/24/00 at 8:30 a.m.; def detained pending IOS; TBJ vacated. cc: USA, FPD, USM, PO, JC, MJ Roberts |
| 27 - 1 | 03/17/00 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 28 - 1 | 03/17/00 | DEF 1 Notice of lodging w/att exhs. |
| 29 - 1 | 03/17/00 | {SEALED} |
| 30 - 1 | 03/21/00 | DEF 1 Unopposed Motion on shortened time to continue IOS set for 03/24/00 for at least 10 days w/att aff. |
| 31 - 1 | 03/21/00 | [Re: DEF 1] HRH Order grant unopposed motion on shortened time to continue IOS till 4/7/00 at 8:30 a.m. cc: USA, FPD, USM, USPO |
| 32 - 1 | 04/05/00 | DEF 1 Notice of lodging w/att exh. |
| 33 - 1 | 04/10/00 | [Re: DEF 1] HRH Court Minutes [ECR: Linda Christensen] of IOS (held 4/7/00); def sentenced to 78 mos incarceration; 3 yrs SR; $200 SA; on mot of USA Cts 1, 3, 4 and 6 of Indt are dismissed. |
| 34 - 1 | 04/10/00 | [Re: DEF 1] HRH Judgment pleaded guilty to Cts 2, 5 of the Indt (1-1) dismissed Cts 1,3,4,6 of the Indt (1-1); sentenced to 78 mos incarceration; 3 yrs SR; $200 SA.  cc: USA, FPD, USM, PO, MJ Roberts, |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A99-0155--CR (HRH)
                              "USA V JAMES H. PRIMM"

                         In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| | | | FLU, Finance, Def (by cnsl) |
| 35 - | 1 | 05/11/00 | [Re: DEF 1] Partial Transcript re: IOS (held 4/7/00). |
| 36 - | 1 | 07/10/00 | USM Return of judgment re: DEF 1 executed on 6/20/00 to FCI Sheridan Or. |
| 37 - | 1 | 04/10/01 | DEF 1 motion to vacate, set aside, or correct sentence (28:2255). |
| 38 - | 1 | 04/17/01 | [Re: DEF 1] HRH Order directing service & response; clerk to serve USA cy of 2255 at #37; any mot for appointment of cnsl due 5/17/01; USA to answer by 6/18/01 (unless cnsl appointed); referred to MJ per 4/5/11. cc: USA (w/cy 2255), def (w/Pro Se Handbook, USDCA 40 & CJA 23), MJ Roberts, PSLC |
| 39 - | 1 | 04/27/01 | DEF 1 motion (application) for appointment of counsel w/att financial aff. |
| 40 - | 1 | 05/07/01 | [Re: DEF 1] JDR Minute Order granting motion (application) for appointment of counsel (39-1); amended petition or notice of none due 5/15/01. cc: USA, J. Primm, FPD CJA Clerk |
| 41 - | 1 | 05/14/01 | DEF 1 motion for enlargement of time until 6/14/01 to file amended petition. |
| 42 - | 1 | 05/14/01 | DEF 1 motion for consideration on shortened time re 41-1 w/att aff. |
| 43 - | 1 | 05/15/01 | [Re: DEF 1] JDR Order granting motion for consideration on shortened time re 41-1 (42-1). cc: USA, FPD |
| 44 - | 1 | 05/15/01 | [Re: DEF 1] JDR Order granting motion for enlargement of time until 6/14/01 to file amended petition (41-1); Govt's answer due 8/14/01. cc: USA, FPD |
| 45 - | 1 | 06/14/01 | DEF 1 Amended motion to vacate, set aside, or correct sentence (28:2255). (37-1) |
| 46 - | 1 | 06/14/01 | [Re: DEF 1] Attorney Substitution of MJ Haden. |
| 47 - | 1 | 08/14/01 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to vacate, set aside, or correct sentence (28:2255). (37-1) w/att EXHIBIT A&B UNDER SEAL, & exhibit C not under seal. |
| 48 - | 1 | 08/16/01 | DEF 1 motion for planning & scheduling conference. |
| 49 - | 1 | 08/17/01 | [Re: DEF 1] JDR Minute Order granting motion for planning & scheduling conference (48-1); S&P Conf on def's mot under 28:2255 set for 9/5/01 at 10:30 a.m. cc: USA, FPD, USM, USPO |
| 50 - | 1 | 09/06/01 | [Re: DEF 1] JDR Court Minutes [ECR: Dan Maus] re Planning & Scheduling Conf on Def's 28:2255 Motion (held 9/5/01); briefing set; def's opening brief due 11/30/01; govt's oppo brief due 11/26/01; def's reply brief due 12/6/01. cc: USA, FPD |
| 51 - | 1 | 09/07/01 | [Re: DEF 1] AMENDED JDR Court Minutes [ECR: Dan Maus] re Planning & Scheduling Conf on Def's 28:2255 Motion (held 9/5/01); briefing set; def's opening brief due 11/5/01; govt's oppo brief due 11/26/01; def's reply brief due 12/6/01. cc: USA, FPD |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A99-0155--CR (HRH)
                                     "USA V JAMES H. PRIMM"

                            In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 52 - | 1 | 10/31/01 | DEF 1 motion for leave of crt to supp amended petition w/add ground for relief. |
| 53 - | 1 | 11/05/01 | DEF 1 Unopposed motion for enlargement of time to file opening brief. |
| 54 - | 1 | 11/06/01 | [Re: DEF 1] HRH Order granting motion Unopposed motion for enlargement of time to file opening brief (53-1); brf due COB 11/6/01. cc: USA, FPD, MJ Roberts |
| 55 - | 1 | 11/06/01 | DEF 1 Memo in support re: DEF 1 motion to vacate, set aside, or correct sentence (28:2255) (37-1). |
| 56 - | 1 | 11/26/01 | [Re: DEF 1] PLF 1 Supplement Oppo to DEF 1 motion to vacate, set aside, or correct sentence (28:2255) (37-1). |
| 52 - | 2 | 11/27/01 | [Re: DEF 1] JDR Order granting motion for leave of crt to supp amended petition w/add ground for relief (52-1). cc: USA, FPD |
| 57 - | 1 | 11/27/01 | DEF 1 Supplemental ground to DEF 1 motion to vacate, set aside, or correct sentence (28:2255) (37-1). |
| 58 - | 1 | 11/27/01 | VACATED PER MO @ DKT 60[Re: DEF 1] JDR Minute Order staying motion to vacate, set aside, or correct sentence (28:2255) (37-1) pending 9CCA opinion in Buckland; govt to file notice w/crt when opinion has issued & serve def cnsl; parties shall have 30 days thereafter to file supp briefing; no response briefs shall be fld. cc: USA, FPD |
| 59 - | 1 | 01/25/02 | [Re: DEF 1] PLF 1 Notice of publication of en banc decision in USA v BUCKLAND. |
| 60 - | 1 | 02/12/02 | [Re: DEF 1] JDR Minute Order that in light of notice of publication (59-1) order at 58-1 is VACATED; parties supp brf re: impact of Buckland on this case due on/before 2/25/02; no response brfs to be filed. cc: USA, FPD |
| 61 - | 1 | 02/25/02 | DEF 1 Supplement briefing re: DEF 1 motion to vacate, set aside, or correct sentence (28:2255) (37-1) |
| 62 - | 1 | 02/25/02 | [Re: DEF 1] PLF 1 Second Supplement re: DEF 1 motion to vacate, set aside, or correct sentence (28:2255) (37-1). |
| 63 - | 1 | 02/27/02 | [Re: DEF 1] JDR Minute Order re def's reply, if any, to govt's oppo to Primm's 2nd ground for relief in his mot to vacate due 3/11/02. cc: USA, FPD |
| 64 - | 1 | 03/04/02 | [Re: DEF 1] PLF 1 Notice of recent 9CCA authority affecting def's 2255 motion w/att exh. |
| 65 - | 1 | 05/31/02 | Initial R&R re: DEF 1 motion to vacate, set aside, or correct sentence (28:2255) (37-1). Recommended denied. Objections due 06/17/02. Reply due NOON 06/24/02. cc: USA, FPD, Judge Holland |
| 66 - | 1 | 06/17/02 | DEF 1 objection to R&R re: DEF 1 motion to vacate, set aside, or correct sentence (28:2255) (37-1). |
| 67 - | 1 | 06/19/02 | Final R&R declining to modifiy original recommendation re: DEF 1 motion to vacate, set aside, or correct sentence (28:2255) (37-1). Accordingly |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A99-0155--CR (HRH)
                           "USA V JAMES H. PRIMM"

                      In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| | | | this matter will be forwarded to the district judge. cc: USA, FPD, Judge Holland |
| 68 - | 1 | 07/01/02 | [Re: DEF 1] HRH Order denying motion to vacate, set aside, or correct sentence (28:2255) (37-1). cc: USA, FPD, MJ Roberts |
| 69 - | 1 | 08/09/02 | [Re: DEF 1] HRH judgment that 28:2255 petition is dismissed. cc: cnsl |
| 70 - | 1 | 02/18/05 | [Re: DEF 1] AHB Order and report re: probation; conds modified as stated.  cc: PO |
| NOTE - | 4 | 03/30/05 | [Re: DEF 1] Issued WOA re: pet. |
| 71 - | 1 | 03/30/05 | [Re: DEF 1] HRH Order and report re: revocation of supervised release; pet/declaration and WOA sealed until arrest of offender; pet revisreed to MJ for I/A/prelim hrg; evid hrg before MJ only upon consent.  cc: USA, USM, PO, Def (by USM), MJ Roberts |
| NOTE - | 5 | 03/31/05 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 3/30/05. |
| 72 - | 1 | 03/31/05 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: I/A on pet to revoke SR held (3/31/05); FPD accepted appt; def denied allegations 1-7 of the pet; det uncontested; consent to be fld by cob 4/5/05 or case to be transferred to USDJ; disc to be provided by 4/4/05. cc: USA, FPD, USM, USPO, USDJ |
| 73 - | 1 | 03/31/05 | [Re: DEF 1] Financial Affidavit. |
| 74 - | 1 | 03/31/05 | [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM, USPO |
| 75 - | 1 | 03/31/05 | [Re: DEF 1] Return of WOA executed on 3/30/05. |
| 76 - | 1 | 04/01/05 | [Re: DEF 1] JDR Minute Order re def has indicated that they do not wish to consent to proceed before the MJ on the pet to revoke SR; matter referred to Judge Holland for further proceedings. cc: USA, FPD, USM, USPO, Judge Holland. |
| 77 - | 1 | 04/01/05 | [Re: DEF 1] Amended JDR Court Minutes [ECR: Robin Carter] Re: I/A on pet to revoke S/R held (3/31/05); FPD accepted appt; def denied allegations 1-7 of the pet; det uncontested; consent to be fld by cob 4/5/05 or case to be transferred to USDJ; disc to be provided by 4/4/05.  cc: USA, FPD, USM, USPO, USDJ |
| 78 - | 1 | 04/01/05 | DEF 1 Attorney Appearance of K. McCoy (FPD). |
| 79 - | 1 | 04/07/05 | [Re: DEF 1] HRH Minute Order setting evid/disposition hrg on 4/12/05 @ 10:30 a.m.. cc: USA, FPD, MJ Roberts, USM, USPO |
| 80 - | 1 | 04/13/05 | [Re: DEF 1] HRH Court Minutes [ECR: April Karper/Robin Carter] Re: Evid hrg/disposition hrg on pet to revoke SR held (4/12/05); def admitted allegation 7; sentence imposed as stated in the judg; allegations 1-6 dism. cc: USA, FPD, USM, USPO, MJ ROBERTS |
| 81 - | 1 | 04/22/05 | [Re: DEF 1] HRH Amended Judgment for revoc of SR; impr for 4 mos; 24 mos SR; def remanded to USM. cc: USA, FPD, Def w/cnsls cy, USM, USPO, MJ Roberts |