PROB 12B
(7/93)

# United States District Court

## for the

# District of Alaska

### Request for Modification of Conditions or Term of Supervised Release
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: PRIMM, James        Case Number: A99-0155-CR (HRH)

Sentencing Judicial Officer:   H. Russel Holland U.S. District Court Judge

Date of Original Sentence:   March 24, 2000

Original Offense:           Distribution of a Controlled Substance
                                Distribution of a Controlled Substance

Original Sentence:          78 months imprisonment, 3 years supervised release

Date Supervision Commenced: June 25, 2004

### PETITIONING THE COURT

[ ]      To extend the term of supervised release for _____ years, for a total term of _____ years.

[X]     To modify the conditions of supervised release as follows:

"The defendant shall refrain from unlawful use of controlled substances and shall submit to one drug test within 15 days or release on supervision and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer."

### CAUSE

The above modification is sought in order to continue drug testing in this case in compliance with U.S. v. Stephens, No. 04-50170, 2005 WL 2106158 (9th Cir. Sept. 2, 2005).

Respectfully submitted,

Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date: January 10, 2006

*Request for Modification of Conditions or Term*
*Name of Offender        :        PRIMM, James*
*Case Number             :        A99-0155-CR (HRH)*

Approved by:

Eric D. Odegard
Supervising U.S. Probation Officer

## THE COURT ORDERS:

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[  ]    Other:

_____

J. K. Singleton
U.S. District Court Judge

Date:

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

**U.S.A. v PRIMM, James**                                        **Docket No. A99-0155-CR (HRH)**

      I, James Primm, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of probation or to the proposed extension of my term of supervision:

"The defendant shall refrain from unlawful use of controlled substances and shall submit to one drug test within 15 days or release on supervision and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer."

Signed: _James H. Primm_                            Date: _1/11/06_
        Probationer or Supervised Releasee

Witness: _Beth A. Mader_                            Date: _1-11-06_
        Beth A. Mader
        U.S. Probation/Pretrial Services Officer