PROB 12B
(7/93)

# United States District Court
## for the
# District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: PRIMM, James                     Case Number: A99-0155-CR (HRH)

Sentencing Judicial Officer:   H. Russel Holland U.S. District Court Judge

Date of Original Sentence:     March 24, 2000

**RECEIVED**
MAY 1 1 2006
CHAMBERS, U.S. DISTRICT JUDGE
H. RUSSEL HOLLAND

Original Offense:              Distribution of a Controlled Substance
                               Distribution of a Controlled Substance

Original Sentence:             78 months imprisonment, 3 years supervised release

Date Supervision Commenced: June 25, 2004

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

"The defendant shall refrain from any use of alcohol and shall submit to no more than 12 alcohol breath tests per month."

### CAUSE

On June 25, 2004, the defendant was released from prison and commenced supervised release. During a routine office visit on January 13, 2006, the defendant reported to the U.S. Probation Office for a scheduled urinalysis at which time a strong odor of alcohol was smelled coming off the defendant by both U.S. Probation Officer (USPO) Beth Mader along with Rick White, Drug Testing Technician (DTT) for the U.S. Probation Office. At this time, the defendant admitted to USPO Mader that he was drinking alcohol at 3:00 a.m. that same morning. The defendant submitted to a portable breath test which registered .025 at 3:00 pm that afternoon. The defendant at that time was instructed to notify his treatment counselor, Mary Ellen with R.I.T.E., of his alcohol use and attend NA/AA meetings.

On May 10, 2006, the defendant reported to the U.S. Probation Office for a scheduled urinalysis at which time a strong odor of alcohol was smelled coming off the defendant by Rick White, DTT for the U.S. Probation Office. At this time, Supervising Probation Officer Eric Odegard along with Rick White had the defendant submit to a portable breath test, which registered a .023 at 2:00 p.m this afternoon. In order to address these violations and assist the defendant with resuming his substance abuse treatment,

*Request for Modification of Conditions or Term*
*Name of Offender        :        PRIMM, James*
*Case Number              :        A99-0155-CR (HRH)*

the probation officer recommends his conditions of supervised release be modified to include alcohol breath testing, and to prohibit any use of alcohol. The defendant signed a waiver agreeing to this modification of conditions.

Respectfully submitted,

REDACTED SIGNATURE

Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date: May 10, 2006

Approved by:

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other:

REDACTED SIGNATURE

H. Russel Holland
Senior U.S. District Court Judge

Date: 5/16/06

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

U.S.A. v PRIMM, James                          Docket No. A99-0155-CR (HRH)

    I, James Primm, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of probation or to the proposed extension of my term of supervision:

"The defendant shall refrain from any use of alcohol and shall submit to no more than 12 alcohol breath tests per month."

Signed: _James H Primm_____    Date: _5/10/06_____
        Probationer or Supervised Releasee

Witness: **REDACTED SIGNATURE**    Date: _5/10/06_____
        Beth A. Mader
        U.S. Probation/Pretrial Services Officer