IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | |
| ) | Case No. 3:99-CR-00155-HRH |
| JAMES H. PRIMM, ) | |
| ) | WRIT OF HABEAS CORPUS AD |
| On Writ of Habeas Corpus ) | PROSEQUENDUM |
| ) | |
| ──────────────── ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| DISTRICT OF ALASKA ) | |
| ) | |
| ──────────────────────── ) | |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of Alaska, or his duly authorized representative.

GREETINGS:

      We command that you have the body of JAMES H. PRIMM, by you imprisoned and detained as it is said, at Palmer Correctional Center, under safe and secure conduct, before the Judge of our District Court within and for the District of Alaska, at Anchorage, Alaska, for scheduling an arraignment/initial appearance on a petition to revoke supervised release, and other proceedings as the Court may desire, thereafter and as necessary in United States v. JAMES H.

PRIMM, Case No. 3:99-CR-00155-HRH, now pending before said Court, and that you return said person to the State of Alaska Department of Corrections as soon as the case may be disposed of, under safe and secure conduct.

      This is a continuing Writ on this date and such other times as the Court directs.

      WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska on this ____ day of May 2007.

      IDA ROMACK
      CLERK, U.S. DISTRICT COURT

By: _____
      DEPUTY CLERK