```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs   JAMES H. PRIMM     CASE NO.   3:99-CR-00155-HRH
Defendant: X Present    X In Custody

BEFORE THE HONORABLE          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

UNITED STATES ATTORNEY:       SHAWN FULLER

DEFENDANT'S ATTORNEY:         MIKE DIENI, APPOINTED

U.S.P.O.:                     BETH MADER

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 84) Held 05/30/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:34 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to
defendant: read.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Defendant states true name:   Same as above.

 X Financial Affidavit **FILED**.  Federal Public Defender accepted
appointment. FPD notified.

 X Defendant DENIED Allegations 1 & 2 of the Petition to Revoke
Supervised Release.

 X Consent to Proceed before U.S. Magistrate Judge **FILED**.

 X Evidentiary Hearing set for **June 4, 2007 at 2:30 p.m.** with
Magistrate Judge Roberts.

 X Defendant detained; Order of Detention Pending Trial **FILED.**

At 1:44 p.m. court adjourned.


DATE:     May 30, 2007      DEPUTY CLERK'S INITIALS:      Ce