RECEIVED

# United States District Court
## for the
## DISTRICT OF ALASKA

MAY 3 1 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: A99-0155 CR (HRH) |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| James Primm ) | |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest James Primm and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with two violations of his term of supervised release.

*redacted signature*
H. Russel Holland
Senior U.S. District Court Judge

2/21/07
Date

| RETURN OF SERVICE | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: ANCHORAGE, AK | | |
| Date Received: 2/21/07　Date of Arrest: 5/30/07 | Name and title of arresting officer: USMS | Signature of arresting officer: K. Snyder for |