MINUTES OF THE UNITED STATES DISTRICT COURT
                      DISTRICT OF ALASKA

U.S.A. vs.    JAMES H. PRIMM           CASE NO. 3:99-CR-00155-HRH
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:       STEPHAN COLLINS

DEFENDANT'S ATTORNEY:          MICHAEL DIENI

U.S.P.O.:                      BETH MADER

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 84) HELD 6/04/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:41 p.m. court convened.

Court and counsel heard re parties' Rule 11 agreement.

Defendant sworn.

Defendant stated true name: James Herman Primm.

Defendant **ADMITTED** allegations 1 and 2 of the Petition to Revoke Supervised Release (Dkt 84).

Defendant advised of general rights and charges.

Matter to be referred to U.S. District Judge for Final Disposition Hearing.

For calendaring purposes, Mr. Collins is unavailable June 20-22, Mr. Dieni is unavailable all of the month of July.

Defendant's detention continued.

At 2:54 p.m. court adjourned.


DATE:     June 4, 2007         DEPUTY CLERK'S INITIALS:    SCL