```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. JAMES H. PRIMM            CASE NO. 3:99-cr-00155-HRH
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:         H. RUSSEL HOLLAND

DEPUTY CLERK/RECORDER:        APRIL KARPER

UNITED STATES' ATTORNEY:      STEPHAN COLLINS

DEFENDANT'S ATTORNEY:         MICHAEL DIENI

U.S.P.O.:                     BETH MADER

PROCEEDINGS: FINAL DISPOSITION HEARING RE PETITION TO REVOKE
             SUPERVISED RELEASE HELD JUNE 19, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:22 a.m. court convened.

 X FINAL DISPOSITION HEARING:

    X Supervised Release revoked.

    X Defendant imprisoned for a period of 9 months to be served
      consecutive to his sentence in the State of Alaska Court
      case number 3AN-06-7315-CR.

 X Defendant remanded to the custody of the U.S. Marshal.

 X OTHER: Court and counsel heard re final disposition report.

At 9:37 a.m. court adjourned.




DATE:     June 19, 2007         DEPUTY CLERK'S INITIALS:   amk