AO 243 (Rev. 2/95)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District ALASKA |
|---|---|

| Name of Movant JAMES H. PRIMM | Prisoner No. 13961-006 | Case No. 3:99-CR-00155-HRH |
|---|---|---|

Place of Confinement: Anchorage Correctional Complex West

UNITED STATES OF AMERICA   v.   JAMES H. PRIMM
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack
   U.S. District Court for the District of Alaska
   Anchorage, AK

2. Date of judgment of conviction
   4/10/00

3. Length of sentence
   78 months

4. Nature of offense involved (all counts)
   Distribution of a Controlled Substance

   **RECEIVED**
   NOV 19 2007
   CLERK, U.S. DISTRICT COURT
   ANCHORAGE, A.K.

5. What was your plea? (Check one)
   (a) Not guilty  ☑
   (b) Guilty  ☐
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☐
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐   No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☐

(2)

1 of 6

9. If you did appeal, answer the following:

   (a) Name of court

   (b) Result

   (c) Date of result

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☑   No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court
    U.S. District Court of Alaska, Anchorage, AK
    (2) Nature of proceeding
    Motion under 28 USC 2255

    (3) Grounds raised
    Enhancement of sentence by using criminal history (Apprendi)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☑   No ☐

    (5) Result
    Denied
    (6) Date of result
    2002 (exact month unknown)

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court

    (2) Name of proceeding

    (3) Grounds raised

(3)

2 of 6

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐

(5) Result

(6) Date of result

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.   Yes ☐   No ☐
(2) Second petition, etc.   Yes ☐   No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.
(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Change in Sentencing due to U.S.S.G. Amendment, effect 1 Nov 07

Supporting FACTS (state *briefly* without citing cases or law):

My original sentence under the guidelines now in effect was a range of 78-97 months. I received a 78 month sentence, under the new guidelines (which are effective 1 Nov 07) my sentence will be in the 63-78 month range. Meaning that I would serve 15 months less with the low-end of the range. I have been sentenced to 9 months for a probation violation, with the difference of 15 months in the sentences, I am requesting the court to set aside or vacate the 9 months for the violation and take into consideration the 15 months extra that I have already done. I ask for an immediate release from the probation violation.

B. Ground two:

Supporting FACTS (state *briefly* without citing cases or law):

C. Ground three:

Supporting FACTS (state *briefly* without citing cases or law):

D. Ground four:

Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐   No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing
        Michael Taggart
        Federal Public Defender
        Anchorage, AK
    (b) At arraignment and plea
        Michael Taggart
        Federal Public Defender
        Anchorage, AK
    (c) At trial

    (d) At sentencing
        Michael Taggart
        Federal Public Defender
        Anchorage, AK

(6)

5 of 6

(e) On appeal

(f) In any post-conviction proceeding
M. J. Haden
Federal Public Defender
Anchorage, AK

(g) On appeal from any adverse ruling in a post-conviction proceeding

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☑    No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐    No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) Give date and length of the above sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐    No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____Pro SE_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_17 October 2007_
Date

_Janus H. Pun_
Signature of Movant

(7)

6 of 6

JAMES PRIMM, 373359
Anchorage Correctional Complex West
1300 E. 4th Avenue
Anchorage, AK 99501

"LEGAL MAIL"

CLERK OF COURT
FEDERAL Building U.S.
222 W. 7th Ave., Box 4,
Anchorage, AK
99513-75