# United States District Court

DISTRICT OF __ALASKA__

STATE OF ALASKA
DEPT. OF CORRECTIONS

NOV 0 5 2007

BUDGET/REVENUE

United States

v.

James H. Primm

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: 3:99-cr

RECEIVED
NOV 1 9 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

I, __James H. Primm__, declare that I am the (check appropriate box)

- ☐ petitioner/plaintiff
- ☑ movant (filing 28 U.S.C. 2255 motion)
- ☐ respondent/defendant
- ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes ☐  No ☑
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   __Approximately Jul 06, $740 month__

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment  Yes ☐  No ☑
   b. Rent payments, interest or dividends?  Yes ☐  No ☑
   c. Pensions, annuities or life insurance payments?  Yes ☐  No ☑
   d. Gifts or inheritances? __Approximately $70.00 month from friends__  Yes ☑  No ☐
   e. Any other sources?  Yes ☐  No ☑

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☑  No ☐  (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.
   Alaska USA Federal Credit Union, approximately $60.00

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐  No ☑
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   James, Jason and CaSundra Primm, at the present time I contribute $0.00 toward their support due to Incarceration since Jul 06.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 17 Oct 07
(Date)

James H. Primm
Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 115.70 on account to his credit at the Anchorage Complex West institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ 49.80

Mary Englehll, Offender Trust Manager
Authorized Officer of Institution
AK Dept of Corrections

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| United States Judge    Date | United States Judge    Date |
|  | or Magistrate |