# STATE OF ALASKA /

## DEPARTMENT OF CORRECTIONS

*Sarah Palin, GOVERNOR*

REPLY TO:

P.O. Box 112000
Juneau, Alaska 99811-2000
Telephone (907) 465-3478

November 5, 2007

James H. Primm
c/o Anchorage Correctional Complex West
1300 E. 4th Avenue
Anchorage, Alaska 99501

Dear Mr. Primm:

### RE: Prisoner Account Statement

Issued under the authority of Alaska Statute (A.S.) 09.19.010 (b)(2), the certified copies of prisoner account statements you requested for account # **373359** the time period **May 2007** through **October 2007** are enclosed. **Please note statements for prior periods of incarceration may not be included.**

In addition, in response to A.S. 09.19.010 (d), the following is provided:

1.) The average monthly deposit for the time period indicated above was $**96.66** and 20% of this amount equals $**19.33**.

and,

2.) The average balance for the time period indicated above was $**49.80** and 20% of this amount equals $**9.96**.

If you are a prisoner who is commencing a civil action, an appeal from a civil action, or an appeal from the final decision of an administrative agency, against the state or a present or former state officer, agent or employee, **and you are requesting a filing fee exemption**, you should submit this memorandum and enclosure to the court.

If you indicated that you would like an additional copy of your statements or requested statements older than six months these copies are available for $0.15 each. You may request copies of these originals from your Institution through a commissary request.

If you have any questions on this information, please contact us.

Enclosure/s

Sincerely,

Mary Engdahl, Offender Trust Manager
Division of Administrative Services/DOC

Alaska Department of Corrections
COOK INLET PRETRIAL

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 05/01/2007    To: 05/31/2007

Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 60.10

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 62.00 |
| 771709 | 05/02/2007 | PCC REC SALES | 10.00 | | 52.00 |
| 772274 | 05/03/2007 | Commissary Purchase; Invoice 374929 | 19.90 | | 32.10 |
| 772414 | 05/03/2007 | Cash Receipt - NICHOLS, PAMELA | | 20.00 | 52.10 |
| 777018 | 05/09/2007 | PCC REC SALES | 8.00 | | 44.10 |
| 777143 | 05/09/2007 | Commissary Purchase; Invoice 376496 | 8.00 | | 36.10 |
| 777340 | 05/10/2007 | PCC MEDIUM STAMPS | 2.05 | | 34.05 |
| 778406 | 05/14/2007 | Cash Receipt - NICHOLS, PAMELA | | 40.00 | 74.05 |
| 779375 | 05/16/2007 | PCC REC SALES | 8.00 | | 66.05 |
| 779438 | 05/16/2007 | Commissary Purchase; Invoice 378279 | 20.80 | | 45.25 |
| 779438 | 05/16/2007 | Commissary Purchase; Invoice 378325 | 6.25 | | 39.00 |
| 780854 | 05/21/2007 | Cash Receipt - NICHOLS, PAMELA | | 20.00 | 59.00 |
| 782107 | 05/23/2007 | Commissary Purchase; Invoice 380111 | 17.40 | | 41.60 |
| 782107 | 05/23/2007 | Commissary Purchase; Invoice 380137 | 12.80 | | 28.80 |
| 782212 | 05/23/2007 | PCC REC SALES | 6.00 | | 22.80 |
| 783592 | 05/29/2007 | Cash Receipt - NICHOLS, PAMELA | | 40.00 | 62.80 |
| 784084 | 05/30/2007 | Commissary Purchase; Invoice 381787 | 2.70 | | 60.10 |
| | | Ending Balance | | | 60.10 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true c
of the original docume
SIGNATURE

Offender #: 373359    USP #: 373359    PRIMM, JAMES HERMAN    Location: COOK INLET PRET    Cell: J10T

Alaska Department of Corrections
COOK INLET PRETRIAL

**STATEMENT OF ACCOUNT**
Offender Account Activity

Statement Date: 06/01/2007    To: 06/30/2007                                          Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 40.25

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 60.10 |
| 786167 | 06/04/2007 | Commissary Return; Invoice 381787 | | 2.70 | 62.80 |
| 786169 | 06/04/2007 | Commissary Return; Invoice 500 | | 2.75 | 65.55 |
| 789530 | 06/07/2007 | Commissary Purchase; Invoice 382977 | 16.25 | | 49.30 |
| 792586 | 06/14/2007 | Commissary Purchase; Invoice 384652 | 28.55 | | 20.75 |
| 792792 | 06/14/2007 | Cash Receipt - NICHOLS, PAM | | 20.00 | 40.75 |
| 794716 | 06/20/2007 | Cash Receipt - NICHOLS, PAM | | 20.00 | 60.75 |
| 795155 | 06/21/2007 | Commissary Purchase; Invoice 386540 | 15.95 | | 44.80 |
| 797073 | 06/27/2007 | Cash Receipt - NICHOLS, PAMELA | | 20.00 | 64.80 |
| 797375 | 06/28/2007 | Commissary Purchase; Invoice 388026 | 24.55 | | 40.25 |
| | | Ending Balance | | | 40.25 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy
of the original document

_Mary Guglielmo_  4/5/07
SIGNATURE                DATE

## Alaska Department of Corrections
### COOK INLET PRETRIAL
### STATEMENT OF ACCOUNT
#### Offender Account Activity

Statement Date: 07/01/2007    To: 07/31/2007

Page 1 of 1

**ACCOUNT TRANSACTION DETAIL:**

Account: FUNDS AVAILABLE
Account Balance: 66.90

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 40.25 |
| 800906 | 07/05/2007 | Commissary Purchase; Invoice 389641 | 25.40 | | 14.85 |
| 802092 | 07/05/2007 | Cash Receipt - NICHOLS, PAM | | 30.00 | 44.85 |
| 803314 | 07/09/2007 | 06/28/2007 51 167505 | 4.00 | | 40.85 |
| 804848 | 07/12/2007 | Commissary Purchase; Invoice 391155 | 29.55 | | 11.30 |
| 804879 | 07/12/2007 | Cash Receipt - NICHOLS, PAM | | 20.00 | 31.30 |
| 807344 | 07/19/2007 | Commissary Purchase; Invoice 393046 | 23.20 | | 8.10 |
| 807487 | 07/19/2007 | Cash Receipt - NICHOLS, PAM | | 30.00 | 38.10 |
| 809474 | 07/26/2007 | Commissary Purchase; Invoice 394719 | 27.20 | | 10.90 |
| 809738 | 07/26/2007 | Cash Receipt - NICHOLS, PAM | | 40.00 | 50.90 |
| 811276 | 07/31/2007 | Cash Receipt - NICHOLS, PAMELA | | 20.00 | 70.90 |
| 811360 | 07/31/2007 | 07/25/2007 167946 51 | 4.00 | | 66.90 |
| | | Ending Balance | | | 66.90 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document

*[signature]* 4/15/07
SIGNATURE    DATE

Offender #: 373359    USP #: 373359    PRIMM, JAMES HERMAN    Location: COOK INLET PRET    Cell: J10T

Alaska Department of Corrections
COOK INLET PRETRIAL

**STATEMENT OF ACCOUNT**
**Offender Account Activity**

Statement Date: 08/01/2007   To: 08/31/2007   Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 5.75

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 66.90 |
| 811956 | 08/02/2007 | Commissary Purchase; Invoice 396334 | 23.60 | | 43.30 |
| 817397 | 08/09/2007 | Commissary Purchase; Invoice 397709 | 26.95 | | 16.35 |
| 819976 | 08/16/2007 | Commissary Purchase; Invoice 399532 | 12.60 | | 3.75 |
| 820057 | 08/16/2007 | Cash Receipt - NICHOLS, PAMELA | | 30.00 | 33.75 |
| 820477 | 08/17/2007 | Commissary Return; Invoice 399532 | | 2.50 | 36.25 |
| 822358 | 08/23/2007 | Commissary Purchase; Invoice 401358 | 28.30 | | 7.95 |
| 822589 | 08/23/2007 | Cash Receipt - NICHOLS, PAMELA | | 20.00 | 27.95 |
| 824940 | 08/30/2007 | Commissary Purchase; Invoice 403000 | 22.20 | | 5.75 |
| | | Ending Balance | | | 5.75 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document

_signature_   11/15/07
SIGNATURE   DATE

Offender #: 373359   USP #: 373359   PRIMM, JAMES HERMAN   Location: COOK INLET PRET   Cell: J10T

Alaska Department of Corrections
COOK INLET PRETRIAL

**STATEMENT OF ACCOUNT**
**Offender Account Activity**

Statement Date: 09/01/2007   To: 09/30/2007                    Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 10.15

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 5.75 |
| 828785 | 09/05/2007 | Cash Receipt - PRIMM, JAMES H |  | 20.00 | 25.75 |
| 828813 | 09/05/2007 | 08/24/2007 171414 51 | 4.00 |  | 21.75 |
| 829900 | 09/06/2007 | Commissary Purchase; Invoice 404586 | 5.35 |  | 16.40 |
| 832499 | 09/13/2007 | Commissary Purchase; Invoice 406127 | 8.40 |  | 8.00 |
| 835104 | 09/20/2007 | Commissary Purchase; Invoice 408052 | 7.85 |  | 0.15 |
| 836566 | 09/25/2007 | Cash Receipt - PRIMM, JAMES H |  | 10.00 | 10.15 |
|  |  | Ending Balance |  |  | 10.15 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document
*[signature]* 10/5/07
SIGNATURE   DATE

Offender #: 373359   USP #: 373359   PRIMM, JAMES HERMAN                    Location: COOK INLET PRET   Cell: J10T

Offender #: 373359        PRIMM, JAMES HERMAN    Location: COOK INLET PRET    Cell: J10T

Alaska Department of Corrections
COOK INLET PRETRIAL

**STATEMENT OF ACCOUNT**
**Offender Account Activity**

Statement Date: 10/01/2007  To: 10/31/2007    Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 115.70

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 10.15 |
| 838970 | 10/02/2007 | Cash Receipt - PRIMM, JAMES H | | 20.00 | 30.15 |
| 839600 | 10/03/2007 | 09/20/2007 171561 51 | 4.00 | | 26.15 |
| 839766 | 10/04/2007 | Commissary Purchase; Invoice 411458 | 5.25 | | 20.90 |
| 840257 | 10/04/2007 | Cash Receipt - PRIMM, JAMES H | | 45.00 | 65.90 |
| 845010 | 10/11/2007 | Commissary Purchase; Invoice 413049 | 33.30 | | 32.60 |
| 845999 | 10/15/2007 | Cash Receipt - BRYANT, REGINA | | 75.00 | 107.60 |
| 846646 | 10/16/2007 | 10/10/2007 171789/51 | 4.00 | | 103.60 |
| 850118 | 10/25/2007 | Commissary Purchase; Invoice 416174 | 23.90 | | 79.70 |
| 851796 | 10/30/2007 | Cash Receipt - PRIMM, JAMES H | | 40.00 | 119.70 |
| 852366 | 10/31/2007 | 10/21/2007 171670 51 | 4.00 | | 115.70 |
| | | Ending Balance | | | 115.70 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy
of the original document

*Mary Ingdall*  11/05/07
SIGNATURE                DATE

Offender #: 373359    USP #: 373359    PRIMM, JAMES HERMAN    Location: COOK INLET PRET    Cell: J10T