James H. Primm
ACC West, 1300 E. 4th Avenue
Anchorage, AK 99501 (no phone)
(Name/Address/Phone)

RECEIVED
NOV 1 9 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

United States,

Petitioner,

vs.

James H. Primm,

Defendant.

NO.

MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW James H. Primm, and moves for the appointment of counsel.

Petitioner makes this request for the reasons that she/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the attached financial affidavit in support of the request for appointment of counsel.

DATED this 13th day of November, 2007.

[signature]