IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff,         )
                                 )
     vs.                         )
                                 )
JAMES H. PRIMM,                  )
                                 )    No. 3:99-cr-0155-HRH
              Defendant.         )
_____)
```

O R D E R

Proceedings on Section 2255 Motion

Defendant, <u>pro se</u>, moves to set aside, vacate, or correct his resentencing of June 21, 2007, pursuant to 28 U.S.C. § 2255.[1] Defendant applies to proceed <u>in forma pauperis</u> and moves for appointment of counsel.[2]

The application to proceed <u>in forma pauperis</u> is granted.  The motion for appointment of counsel is granted.

Defendant's motion to vacate pursuant to 28 U.S.C. § 2255 is probably defective for failure to clearly state a violation of defendant's constitutional or federal statutory rights.  Moreover, the motion appears to be founded upon the assumption that recently-enacted substantive changes to the Federal Sentencing Commission

---

[1]Docket No. 99.

[2]Docket No. 100 and No. 101, respectively.

- 1 -

guidelines applicable to crack cocaine offenses have been made retroactive. So far as the court is presently aware, a decision in the latter regard is still pending before the United States Sentencing Commission such that, for now, the guideline changes upon which defendant appears to rely probably do not have retroactive effect. Complicating the foregoing, defendant's crack cocaine sentence has already been served in its entirety. Defendant was released on supervised release, and is now incarcerated for violations of supervised release. He was sentenced pursuant to Chapter 7 guidelines of the Sentencing Commission <u>Guidelines Manual</u>, which have not been modified since defendant was resentenced.[3]

Upon appointment, counsel shall review the recent proceedings in this case, consult with defendant, and, on or before January 12, 2008, determine whether or not to withdraw the pending motion or to amend the same so as to state a basis for relief under 28 U.S.C. § 2255 if it shall appear that defendant's constitutional or federal statutory rights have been violated.

A copy of defendant's motion and this order shall be served by the clerk of court upon the United States Attorney.

DATED at Anchorage, Alaska, this <u>30th</u> day of November, 2007.

/s/ H. Russel Holland
United States District Judge

---

[3] Second Amended Judgment on Revocation of Supervised Release, Docket No. 96.