Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:99-cr-00155-HRH |
|---|---|
| Plaintiff, | |
| vs. | **ENTRY OF APPEARANCE** |
| JAMES H. PRIMM, | |
| Defendant. | |

Rich Curtner, Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant JAMES H. PRIMM in the above-captioned action.

DATED at Anchorage, Alaska this 13th day of February 2008.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:	907-646-3400
Fax:	907-646-3480
E-Mail:	rich_curtner@fd.org

Certification:
I certify that on February 13, 2008,
a copy of the *Entry of Appearance* was
served electronically on:

Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
E-Mail: Stephan.Collins@usdoj.gov

/s/Rich Curtner