IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )
                                 )
    vs.                          )
                                 )
JAMES H. PRIMM,                  )
                                 )   No. 3:99-cr-0155-HRH
                Defendant.       )
_____)
```

O R D E R

Case Status

By order of November 30, 2007,[1] the court addressed the matter of proceedings on defendant's pro se motion pursuant to 28 U.S.C. § 2255.  On February 13, 2008, counsel appeared on behalf of defendant.[2]

The court's order called upon the clerk to serve defendant's motion upon the United States Attorney, and the court presumes that has happened.  Nevertheless, there has been no response to the motion, probably because the court's order granting defendant's request for appointment of counsel also required that defense counsel review this case, consult with his client, and, on or before January 12, 2008, determine whether to withdraw or amend the pending petition.  The latter has not happened.

---

[1] Docket No. 103.

[2] Docket No. 104.

- 1 -

On or before April 10, 2008, counsel for defendant will please advise the court whether the instant petition should go forward as filed, be withdrawn, or be amended.

DATED at Anchorage, Alaska, this <u>2nd</u> day of April, 2008.

<u>/s/ H. Russel Holland</u>
United States District Judge