Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JAMES H. PRIMM,<br><br>   Defendant. | NO. 3:99-cr-00155-HRH<br><br>**NOTICE TO COURT RE:  MR. PRIMM'S *PRO SE* MOTION PURSUANT TO 28 U.S.C. § 2255** |

   This court appointed counsel to represent James Primm in proceedings on Mr. Primm's *pro se* motion pursuant to 28 U.S.C. § 2255.  The Federal Defender has entered an appearance of counsel on behalf of Mr. Primm (Docket No. 104).

   James Primm is currently in the custody of the Bureau of prisons outside of the District of Alaska.  Counsel for Mr. Primm has contacted him by telephone and discussed the merits of his *pro se* motion.

   Counsel is requesting leave of the court to file an amended petition on behalf of Mr. Primm no later than April 18, 2008.  Counsel apologizes for the delay in notifying the court of the status of Mr. Primm's case.

DATED at Anchorage, Alaska this 9th day of April 2008.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:    907-646-3400
Fax:      907-646-3480
E-Mail:   rich_curtner@fd.org

Certification:
I certify that on April 9, 2008,
a copy of the **Notice to Court Re:
Mr. Primm's Pro Se Motion Pursuant
to 28 U.S.C. § 2255** was served electronically
on:

Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
E-Mail: Stephan.Collins@usdoj.gov

/s/Rich Curtner_____