- 1 -

**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>         v.  <u>JAMES H. PRIMM                    </u>

THE HONORABLE H. RUSSEL HOLLAND      CASE NO.  <u>3:99-cr-0155-HRH     </u>

    <u>Deputy Clerk            </u>                <u>Official Recorder       </u>

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

      The court is in receipt of defense counsel's notice (Docket No. 106) re status of defendant's pending motion (Docket No. 99). In said notice, counsel requests additional time within which to file an amended petition on behalf of defendant, to and including April 18, 2008.

      The request is granted.