Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>JAMES H. PRIMM,<br><br>            Defendant. | NO. 3:99-cr-00155-HRH<br><br>**MOTION TO REDUCE SENTENCE** |

   James Primm asks this court for an order reducing his sentence for a violation of his supervised release to "time served."  The proposed reduction is appropriate because Mr. Primm would have been eligible for a reduction of his original sentence under the retroactive amendment to the crack cocaine guidelines.

   If the retroactive amendment to the crack cocaine guidelines would have been applied to Mr. Primm's original sentence, his sentencing guidelines would have been reduced from a range of imprisonment of 78 to 97 months, to a range of 63 to 78 months.  Since Mr. Primm was sentenced at the bottom of his guideline range, he could reasonably

expect a reduction of his original sentence of 78 months to a reduced sentence of 63 months, or a 15-month reduction.

Mr. Primm originally filed a *pro se* petition pursuant to 28 U.S.C. § 2255 for retroactive application of the crack guideline amendment. This motion is properly submitted pursuant to 18 U.S.C. § 3582(c)(2) and 18 U.S.C. § 3583(e)(1), and is supported by the memorandum of law filed herewith.

DATED at Anchorage, Alaska this 18th day of April 2008.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:        907-646-3480
E-Mail:    rich_curtner@fd.org

Certification:
I certify that on April 18, 2008,
a copy of the **Motion to Reduce Sentence** was served electronically on:

Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
E-Mail: Stephan.Collins@usdoj.gov

/s/Rich Curtner