UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMES H. PRIMM,<br><br>　　　　Defendant. | NO. 3:99-cr-00155-HRH<br><br>**PROPOSED ORDER** |

　　　　On consideration of the defendant's motion, pursuant to 18 U.S.C. § 3582(c)(2) and 18 U.S.C. § 3583(e)(1), and for good cause shown therein;

　　　　IT IS HEREBY ORDERED that the motion to reduce sentence is granted. The Clerk of Court is directed to prepare an amended judgment sentencing the defendant to "time served." All other provisions of the judgment shall remain unchanged.

　　　　IT IS FURTHER ORDERED that a release order shall be prepared for James H. Primm, so he may be immediately released from incarceration.

　　　　DATED this _____ day of _____ 2008, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　H. RUSSEL HOLLAND
　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE