- 1 -

**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>           v. <u>JAMES H. PRIMM</u>

THE HONORABLE H. RUSSEL HOLLAND     CASE NO.  <u>3:99-cr-0155-HRH</u>

    <u>Deputy Clerk</u>                <u>Official Recorder</u>

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

    Defendant's motion to reduce sentence (Docket No. 108) is presently unopposed. The court is disinclined to rule on this motion without input from the Government. Counsel for the Government will please serve and file a statement of the Government's position on this motion on or before May 12, 2008.